# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICKIE J. JACOBS & SARA A. JACOBS  Case Number: 07-71608
711 SOUTH FOURTH STREET  SSN-xxx-xx-7354 & xxx-xx-9264
DEKALB, IL  60115

Case filed on: 7/5/2007
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,066.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 3,774.00 | 3,774.00 | 1,026.29 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 1,026.29 | 0.00 |
| 040 | ILLINOIS DEPARTMENT OF REVENUE | 2,558.18 | 2,558.18 | 0.00 | 0.00 |
|  | Total Priority | 2,558.18 | 2,558.18 | 0.00 | 0.00 |
| 999 | RICKIE J. JACOBS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS BANK | 19,146.14 | 19,146.14 | 2,543.13 | 1,560.71 |
| 004 | FIRST FRANKLIN FINANCIAL CORP | 6,311.72 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST FRANKLIN % HLS INC | 1,403.45 | 0.00 | 0.00 | 0.00 |
| 038 | UNITED CONSUMER FINANCIAL SERVICES | 1,194.00 | 840.00 | 444.37 | 58.77 |
|  | Total Secured | 28,055.31 | 19,986.14 | 2,987.50 | 1,619.48 |
| 001 | CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 10,367.60 | 1,036.76 | 0.00 | 0.00 |
| 003 | GE CONSUMER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACE CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMER COLL CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 647.98 | 64.80 | 0.00 | 0.00 |
| 011 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CRD PRT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ELAN FINANCIAL SERVICES | 1,274.01 | 127.40 | 0.00 | 0.00 |
| 014 | ELGIN MENTAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ELGIN MENTAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GEMB / CARE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS TITLE LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MDNGHT VLVT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 1,529.52 | 152.95 | 0.00 | 0.00 |
| 021 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PAYDAY LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PUGET SOUND COLLECTIONS | 73.96 | 7.40 | 0.00 | 0.00 |
| 025 | ROUNDUP FUNDING LLC | 2,302.78 | 230.28 | 0.00 | 0.00 |
| 026 | SHERMAN ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROUNDUP FUNDING LLC | 1,379.55 | 137.95 | 0.00 | 0.00 |
| 028 | TABITHA & RANDY CARROLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | US BANK/RETAIL PAYMENT SOLUTIONS | 1,130.94 | 113.09 | 0.00 | 0.00 |
| 031 | UNITED CONSUMER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | UNIVERSAL CASH EXPRESS | 480.03 | 48.00 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 1,090.57 | 109.06 | 0.00 | 0.00 |
| 034 | AFNI/VERIZON | 225.95 | 22.59 | 0.00 | 0.00 |
| 035 | ROUNDUP FUNDING LLC | 1,733.13 | 173.31 | 0.00 | 0.00 |
| 036 | CAPITAL ONE | 647.98 | 0.00 | 0.00 | 0.00 |
| 037 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | UNITED CONSUMER FINANCIAL SERVICES | 0.00 | 35.40 | 0.00 | 0.00 |
| 039 | COMED CO | 354.20 | 35.42 | 0.00 | 0.00 |
| 040 | ILLINOIS DEPARTMENT OF REVENUE | 332.64 | 33.26 | 0.00 | 0.00 |
|  | Total Unsecured | 23,570.84 | 2,327.67 | 0.00 | 0.00 |
|  | Grand Total: | 57,958.33 | 28,645.99 | 4,013.79 | 1,619.48 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $5,633.27 |
| Trustee Allowance: | $432.73 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008           By  /s/Heather M. Fagan